Adam K. Yowell
NV Bar #11748
FisherBroyles, LLP
9205 West Russell Road, Building 3
Suite 240
Las Vegas, Nevada 89148
Tel: 775-230-7364
adam.yowell@fisherbroyles.com

*Attorneys for Defendant Eteros Technologies USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BLOOM AUTOMATION, INC.<br><br>Plaintiff,<br>v.<br><br>ETEROS TECHNOLOGIES USA, INC.<br><br>Defendant. | CASE NO: 2:26-cv-02164 |

**JOINT MOTION TO REMAND**

Plaintiff Bloom Automation, Inc. ("Bloom" or "Plaintiff") and Defendant Eteros Technologies USA, Inc. ("Eteros" or "Defendant"), by and through their undersigned counsel, jointly move this Court pursuant to 28 U.S.C. § 1447(c) for an Order remanding this action to the Eighth Judicial Court, Clark County, Nevada (the "State Court").

In support of this Joint Motion, the Parties state as follows:

1. Plaintiff commenced this action in the Eighth Judicial District Court, Clark County, Nevada, under Case No. A-26-948895-B.
2. Eteros was served with the Complaint on June 26, 2026.

3. On July 17, 2026, Eteros filed a Notice of Removal removing this action from the State Court to the United States District Court for the District of Nevada.
4. The Notice of Removal asserted that this Court had subject-matter jurisdiction over this action based on diversity jurisdiction pursuant to 28 U.S.C. § 1332.
5. Eteros is a citizen of the State of Nevada.
6. Because Eteros is a citizen of Nevada, the state in which this action was originally brought, the forum-defendant rule set forth in 28 U.S.C. § 1441(b)(2) applies to Eteros.
7. The Parties therefore jointly request that this action be remanded to the State Court pursuant to 28 U.S.C. § 1447(c).

For the foregoing reasons, the Parties respectfully request that the Court enter an Order remanding this action to the Eighth Judicial District Court, Clark County, Nevada Case No. A-26-948895-B; and

Dated: July 23, 2026

Respectfully submitted,

FISHERBROYLES, LLP

*/s/Adam K. Yowell*
NV Bar #11748
9205 West Russell Road, Building 3
Suite 240
Las Vegas, Nevada 89148
Telephone: (775) 230-7364
adam.yowell@fisherbroyles.com

*Attorneys for Defendant Eteros Technologies USA, Inc.*

GARMAN TURNER GRODON LLP

*/s/Dylan T. Ciciliano*
NV Bar #12348
7251 Amigo Street, Suite 210

Las Vegas, Nevada 89119
Telephone: (725) 777-3000
dciciliano@gtg.legal

*Attorneys for Plaintiff Bloom Automation, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BLOOM AUTOMATION, INC.<br><br>Plaintiff,<br>v.<br><br>ETEROS TECHNOLOGIES USA, INC.<br><br>Defendant. | CASE NO: 2:26-cv-02164 |

**ORDER GRANTING JOINT MOTION TO REMAND**

Having considered the Parties' Joint Motion to Remand, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion to Remand is GRANTED.

IT IS FURTHER ORDERED that this action is REMANDED to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-948895-B.

IT IS SO ORDERED.

Dated: August 5, 2026.

UNITED STATES DISTRICT JUDGE